## Frank BARCHANOWICZ, Appellant, v. UNITED STATES of America, Appellee.
### No. 3799.

Circuit Court of Appeals, Fourth Circuit.
Jan. 9, 1935.

Frank Barchanowicz, of Lewisburg, Pa., and Maurice B. Gladstone, of New York City, for appellant.

**992**

Bernard J. Flynn, U. S. Atty., and G. Randolph Aiken, Asst. U. S. Atty., both of Baltimore, Md.

PER CURIAM.

Judgment of District Court affirmed, without opinion. Judgment filed.